58 A.3d 732

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TIMOTHY ADAMS, DEFENDANT–PETITIONER.

June 10, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in light of *State v. Hernandez,* —— *N.J.* ——, —— *A.*3d —— (2011).

58 A.3d 732

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KEITH R. BUCKLEY, DEFENDANT–PETITIONER.

June 16, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for that court to address the issues raised on defendant's cross-appeal that were not addressed in the opinion filed February 3, 2011. Jurisdiction is not retained.